**EXHIBIT 1**



**MICHAEL N. FEUER**
CITY ATTORNEY

April 23, 2018

Carol A. Sobel
725 Arizona Ave., Suite 300
Santa Monica, CA 90401

    RE:    Our Claim No.: C18-04050
            Your Client/Insured: Benjamin Hubert
            Date of Loss: 09/15/2017

Dear Sir/Madam:

The subject claim against the City has been referred to this office. Upon review of the circumstances of your claim and the applicable law, it has been determined that your claim should be denied.

This letter represents a formal notice to you that said claim has been denied. In view of this action, we are required by law to give you the following warning:

***WARNING***

"Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action alleging state causes of action. The time within which federal causes of action must be filed is governed by federal statutes."

"You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately."

Very truly yours,

Thomas Wong
Chief Claims Investigator

TWONG:fdiaz
Telephone: 213-978-7081
Enclosure(s)

EXHIBIT 1, PAGE 1

City Hall East 200 N. Main Street Room 800 Los Angeles, CA 90012 (213) 978-7050 Fax (213) 978-7114

## PROOF OF SERVICE BY MAIL

I, Fernando Diaz-Veliz, declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 200 North Main Street, Room 600, City Hall East, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing correspondence for mailing via the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 23, 2018, at my place of business at Los Angeles, California, I mailed a Denial Letter for Claim Number C18-04050 by placing it, with postage thereon fully prepaid, for collection and mailing via the United States mail addressed as follows:

Carol A. Sobel
725 Arizona Ave., Suite 300
Santa Monica, CA 90401

I declare under penalty of perjury that the following is true and correct. Executed on April 23, 2018, at Los Angeles, California.

_____
Fernando Diaz-Veliz



**MICHAEL N. FEUER**
CITY ATTORNEY

April 23, 2018

Carol A. Sobel
725 Arizona Ave., Suite 300
Santa Monica, CA 90401

    RE:    Our Claim No.: C18-04052
            Your Client/Insured: Rebecca Cooley
            Date of Loss: 09/15/2017

Dear Sir/Madam:

The subject claim against the City has been referred to this office. Upon review of the circumstances of your claim and the applicable law, it has been determined that your claim should be denied.

This letter represents a formal notice to you that said claim has been denied. In view of this action, we are required by law to give you the following warning:

                      ***WARNING***

"Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action alleging state causes of action. The time within which federal causes of action must be filed is governed by federal statutes."

"You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately."

                      Very truly yours,

                      Thomas Wong
                      Chief Claims Investigator

TWONG:fdiaz
Telephone: 213-978-7081
Enclosure(s)

EXHIBIT 1, PAGE 3

## PROOF OF SERVICE BY MAIL

I, Fernando Diaz-Veliz, declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 200 North Main Street, Room 600, City Hall East, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing correspondence for mailing via the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 23, 2018, at my place of business at Los Angeles, California, I mailed a Denial Letter for Claim Number C18-04052 by placing it, with postage thereon fully prepaid, for collection and mailing via the United States mail addressed as follows:

> Carol A. Sobel
> 725 Arizona Ave., Suite 300
> Santa Monica, CA 90401

I declare under penalty of perjury that the following is true and correct. Executed on April 23, 2018, at Los Angeles, California.

_____
Fernando Diaz-Veliz

EXHIBIT 1, PAGE 4