# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REBECCA COOLEY, BENJAMIN HUBERT, and CASIMIR ZARODA, individually and on behalf of a class of similarly situated persons,<br>      Plaintiffs,<br><br>v.<br><br>THE CITY OF LOS ANGELES, a municipal entity; DOES 1-10,<br>      Defendants. | Case No.: 2:18-cv-09053-CAS-PLA<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Christina A. Snyder<br>Magistrate Judge: Hon. Paul L. Abrams |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order (ECF No. 40) is **GRANTED**.

**IT IS SO ORDERED.**

DATED: October 29, 2019

_____
PAUL L. ABRAMS
United States Magistrate Judge

1