# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-9053-CAS(RAOx) | Date | October 28, 2019 |
|---|---|---|---|
| Title | *REBECCA COOLEY; ET AL. v. THE CITY OF LOS ANGELES* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Monique Alarcon | Jessica Mariani |

**Proceedings:**       SCHEDULING CONFERENCE

Hearing held and counsel are present.   The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: <u>March 2, 2020</u>;
Last Day to File Motion for Class Certification: <u>January 27, 2020</u>;
Opposition to Motion for Class Certification: <u>March 12, 2020</u>;
Reply to Motion for Class Certification: <u>April 2, 2020</u>;
Hearing on Motion for Class Certification **(10:00 A.M.): <u>April 20, 2020</u>**; and
Further Scheduling Conference **(11:00 A.M.)**: **<u>May 11, 2020</u>**.

| 00 | : | 03 |
|---|---|---|
| Initials of Preparer | | CMJ |