CAROL A. SOBEL SBN 84483
MONIQUE A. ALARCON SBN 311650
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
t. 310.393.3055
e. carolsobel@aol.com
e. monique.alarcon8@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| REBECCA COOLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF LOS ANGELES, a municipal entity; Does 1-10, <br><br> Defendants. | Case No. 2:18-cv-09053-CAS-PLAx <br> Hon. Christina A. Snyder <br><br> [~~PROPOSED~~] ORDER RE: <br><br> **STIPULATION TO CONTINUE BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION** <br> Action filed: October 21, 2018 |

The parties to the above-captioned action, through their respective counsel, submitted a Stipulation to Continue the Time to File a Motion for Class Certification for 30 days to February 24, 2020, and to continue the briefing schedule as set forth below. The motion is currently due on January 27, 2020.

The Stipulation includes a revised proposed briefing schedule, consistent with the dates previously approved by the Court in the Rule 26 Conference. The specific proposed dates are as follows:

| | |
|---|---|
| Motion for class certification filed | February 24, 2020 |
| Opposition | April 10, 2020 |
| Reply | May 1, 2020 |
| Motion hearing (10:00 A.M.) | May 18, 2020 |

1  The Court grants the proposed Stipulation and approves the briefing schedule set
2  forth above.
3      The Court also continues the Further Scheduling Conference from May 11,
4  2020, to June 22, 2020, at 11:00 A.M. Joint Report shall be filed on or before June
5  15, 2020.

Dated: January 27, 2020          *Christina A. Snyder*

UNITED STATES DISTRICT JUDGE

Lodged by:
LAW OFFICE OF CAROL A. SOBEL
   /s/ Monique A. Alarcon
By: Monique A. Alarcon
Attorneys for Plaintiffs