CAROL A. SOBEL SBN 84483
MONIQUE A. ALARCON SBN 311650
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
t. 310.393.3055
e. carolsobel@aol.com
e. monique.alarcon8@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| REBECCA COOLEY, BENJAMIN HUBERT and CASIMIR ZARODA, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF LOS ANGELES, a municipal entity; Does 1-10,<br><br>Defendants. | Case No. 2:18-cv-09053-CAS-PLAx<br>Hon. Christina A. Snyder<br><br>[~~PROPOSED~~] ORDER RE:<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION**<br><br><br>Action filed: October 21, 2018 |

The parties to the above-captioned action, through their respective counsel, submitted a Stipulation to Continue the Time to File a Motion for Class Certification for 14 days to March 9, 2020, and to continue the briefing schedule as set forth below. The motion is currently due on February 24, 2020.

The Stipulation includes a revised proposed briefing schedule, consistent with the dates previously approved by the Court in the Rule 26 Conference. The specific proposed dates are as follows:

/ / /

/ / /

/ / /

**[PROPOSED] ORDER RE: STIPULATION TO CONTINUE BRIEFING SCHEDULE ON CLASS CERTIFICATION MOTION**

      Motion for class certification filed March 9, 2020

      Opposition April 24, 2020

      Reply May 15, 2020

      Motion hearing: June 1, 2020, at 10:00 A.M.

      The Court grants the proposed Stipulation and approves the briefing schedule set forth above.

Dated: February 18, 2020

*Christina A. Snyder*
UNITED STATES DISTRICT JUDGE

Lodged by:
LAW OFFICE OF CAROL A. SOBEL

/s/    *Monique A. Alarcon*
By: Monique A. Alarcon
Attorneys for Plaintiffs

**[PROPOSED] ORDER RE: STIPULATION TO CONTINUE BRIEFING SCHEDULE ON CLASS CERTIFICATION MOTION**