CAROL A. SOBEL SBN 84483
MONIQUE A. ALARCON SBN 311650
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
t. 310.393.3055
e. carolsobel@aol.com
e. monique.alarcon8@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| REBECCA COOLEY, BENJAMIN HUBERT and CASIMIR ZARODA, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF LOS ANGELES, a municipal entity; Does 1-10,<br><br>Defendants. | Case No. 2:18-cv-09053-CAS-PLA<br>Hon. Christina A. Snyder<br><br>[~~PROPOSED~~] ORDER RE:<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION**<br><br><br>Action filed: October 21, 2018 |

    The parties to the above-captioned action, through their respective counsel, submitted a Stipulation to Continue the Time to File a Motion for Class Certification for 21 days to March 30, 2020, and to continue the briefing schedule as set forth below. The motion is currently due on March 9, 2020.

    The Stipulation includes a revised proposed briefing schedule, consistent with the dates previously approved by the Court in the Rule 26 Conference and the parties' agreement to shorten that briefing schedule. The proposed dates are as follows:

1    Motion for class certification to be filed March 30, 2020

2    Opposition due May 15, 2020

3    Reply due May 29, 2020

4    Motion hearing: June 15, 2020

5    The Court grants the proposed Stipulation and approves the briefing schedule set forth above.

Dated: March 5, 2020

*Christine A. Snyder*
UNITED STATES DISTRICT JUDGE

Lodged by:
LAW OFFICE OF CAROL A. SOBEL

/s/ Monique A. Alarcon
By: Monique A. Alarcon
Attorneys for Plaintiffs