UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-9053-CAS(RAOx) | Date | November 30, 2020 |
|---|---|---|---|
| Title | *REBECCA COOLEY; ET AL. v. THE CITY OF LOS ANGELES* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carol Sobel<br>Weston Rowland | Jessica Mariani |

**Proceedings:** TELEPHONE HEARING ON MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT (Filed 11/2/2020)[67]

    Hearing held by telephone and counsel are present. The Court confers with counsel, as stated on the record. No further objections received. The Court hereby grants the Motion for Final Approval of the Class Action Settlement. The Court will issue the proposed order.

|  | 00 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |